UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TINA LESH, | CASE NO. 3:25-cv-05937-JNW |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The Court GRANTS Plaintiff's in forma pauperis application, Dkt. No. 1, and ORDERS:

- The Supplemental Social Security Rules of the Federal Rules of Civil Procedure provide that because Plaintiff has electronically filed a complaint seeking review under 42 U.S.C. § 405(g), Plaintiff need not serve a summons and a complaint, or file notice of service. The Clerk will notify Defendant this action has commenced by transmitting a Notice of Electronic Filing to the Social Security Administration's Office of General Counsel and to the United States Attorney of the Western District of Washington.

ORDER - 1

- Defendant must file a certified copy of the Administrative Record and any affirmative defenses by January 6, 2026.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 7th day of November, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2